IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR328 |
| | ) | |
| v. | ) | |
| | ) | |
| RAFAEL SEGURA-VALLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's second motion to review sentence. Filing No. 66, and motion for leave to appeal in forma pauperis, Filing No. 67. The court previously addressed the issues raised in the motion to review sentence and determined the motion to be out of time. Filing No. 65.

IT IS ORDERED that defendant's second motion to review sentence, Filing No. 66, is denied as out of time, and the motion for leave to appeal in forma pauperis is denied as moot.

DATED this 14th day of February, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge